No. 02–520.   HOPEMAN BROTHERS, INC. v. ACKER ET AL.   Sup. Ct. Va.   Motion of Coalition for Asbestos Justice, Inc., et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.

No. 02–541.   NASSAU COUNTY, NEW YORK, ET AL. v. SHAIN ET AL.   C. A. 2d Cir.   Motions of Corrections Captains' Association of City of New York and Correction Officers' Benevolent Association for leave to file briefs as *amici curiae* granted.   Certiorari denied.

No. 02–555.   FORRESTER ET AL. v. NEW JERSEY DEMOCRATIC PARTY, INC., ET AL.   Sup. Ct. N. J.   Motion of California Secretary of State for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 02–6743.   LYNCH v. NATIONAL CITY MORTGAGE.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.   JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–7863 (02A482).   CARTER v. NORTH CAROLINA.   Sup. Ct. N. C.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   Certiorari denied.

No. 02–7864 (02A478).   CARTER v. NORTH CAROLINA.   Sup. Ct. N. C.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   Certiorari denied.

No. 01–10063.   DANNER v. DILL, *ante*, p. 833;

No. 01–10441.   FAISON v. FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 844;

No. 01–10527.   STIGGERS v. FLEET MORTGAGE CORP., *ante*, p. 847;

No. 01–10545.   COOPER v. UNITED STATES, *ante*, p. 848;

No. 01–10904.   ALEXANDER v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 870;

No. 01–10989.   HEIM v. BUSH, PRESIDENT OF THE UNITED STATES, *ante*, p. 875;

No. 02–157.   HOGAN v. POTTER, POSTMASTER GENERAL, ET AL., *ante*, p. 886;

No. 02–180.  MELENDREZ v. LOZA ET AL., *ante*, p. 948;

No. 02–285.  HERSHFIELD v. COUNTY OF KING GEORGE, VIRGINIA, *ante*, p. 975;

No. 02–5416.  GIEGLER v. HONE, *ante*, p. 914;

No. 02–5418.  FAULKNER v. UNITED STATES, *ante*, p. 914;

No. 02–5419.  IN RE HUMPHREY, *ante*, p. 811;

No. 02–5553.  NAGY v. UNITED STATES, *ante*, p. 922;

No. 02–5615.  SCOON v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, *ante*, p. 951;

No. 02–5634.  PENDER v. UNION COUNTY ET AL., *ante*, p. 952;

No. 02–5756.  WINKE v. IOWA DISTRICT COURT FOR LEE COUNTY ET AL., *ante*, p. 955;

No. 02–5824.  MICHAEL v. ARIZONA, *ante*, p. 956;

No. 02–5996.  WINKER v. MCDONNELL DOUGLAS CORP., *ante*, p. 979;

No. 02–6088.  WATERS v. COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 939; and

No. 02–6308.  IN RE WOJNICZ, *ante*, p. 946.  Petitions for rehearing denied.

DECEMBER 10, 2002

No. 02–7841 (02A476).  IN RE MCCRACKEN.  Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.

DECEMBER 11, 2002

No. 02–7452 (02A475).  COLLIER v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 02–7909 (02A491).  WILLIAMS v. MISSISSIPPI.  Sup. Ct. Miss.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.